IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ADAM RAKIBU,**

    **Petitioner,**

**v.**                                                                **Civil Action No. 3:24cv562**

**JEFFREY CRAWFORD,** *et al.,*

    **Respondents.**

### MEMORANDUM OPINION

Petitioner, a federal detainee proceeding *pro se*, submitted a 28 U.S.C. § 2241 petition. (ECF No. 1.) In his present petition, Petitioner challenges his ongoing detention by U.S. Immigration and Customs Enforcement ("ICE"). (ECF No. 1, at 6.) Petitioner currently has another petition for a writ of habeas corpus pending before this Court wherein he challenges the same ongoing detention by ICE. *See Rakibu v. U.S. Immigration and Customs Enforcement*, No. 3:24-cv-005 (E.D. Va. filed Jan. 3, 2024). The Government has filed its response in that case. (*See* ECF No. 10.) Accordingly, by Memorandum Order entered in this matter on September 6, 2024, the Court directed Petitioner, within twenty (20) days of the date of entry thereof, to show good cause why the present petition should not be dismissed without prejudice to Petitioner's litigation of his claims currently pending in *Rakibu v. U.S. Immigration and Customs Enforcement*, No. 3:24-cv-005. (ECF No. 2, at 1.) The Court explained that the failure to comply with this directive would result in summary dismissal of the action. *See* Fed. R. Civ. P. 41(b).

More than twenty (20) have elapsed, and Petitioner has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 10/8/2024
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge

2